BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00092 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS |
| v. | |
| EFRAIN LOZADA ROSAS, VICTOR FLORES FUENTES, CORNELIO ROJAS, EDGAR HIPATL RODRIGUEZ, MIGUEL ANGEL GOMEZ, ANTONIO MORALES, RAMIRO LOZADA MEDEL, AND JESUS CUEVAS LOPEZ, | COURT: Hon. Lawrence J. O'Neill |
| Defendants. | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to telephone numbers, dates of birth and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendants, by and through their counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Henry Z. Carbajal III, hereby

[PROPOSED] PROTECTIVE ORDER                1

agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff.  Defense Counsel may permit their respective Defendants to view unredacted documents in the presence of their attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow their respective Defendants to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide their respective Defendants with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising their respective Defendants, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that any Defendant substitutes counsel, undersigned Defense Counsel for the defendant substituting counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated:  April 7, 2015					BENJAMIN B. WAGNER
							United States Attorney

						By:	/s/Henry Z. Carbajal III
							HENRY Z. CARBAJAL III
							Assistant United States Attorney


Dated:  April 7, 2015			By:	/s/Andrew Delahunt
						ANDREW DELAHUNT
						Attorney for Defendant
						EFRAIN LOZADA ROSAS

Dated:  April 7, 2015			By:	/s/Michael Grahn
						MICHAEL GRAHN
						Attorney for Defendant
						VICTOR FLORES FUENTES


Dated:  April 7, 2015			By:	/s/Roger Bonakdar
						ROGER BONAKDAR
						Attorney for Defendant
						CORNELIO ROJAS


Dated:  April 7, 2015			By:	/s/Megan Hopkins
						MEGAN HOPKINS
						Attorney for Defendant
						EDGAR HIPATL RODRIGUEZ


Dated:  April 7, 2015			By:	/s/Carol Ann Moses
						CAROL ANN MOSES
						Attorney for Defendant
						MIGUEL ANGEL GOMEZ


Dated:  April 7, 2015			By:	/s/Kevin Little
						KEVIN LITTLE
						Attorney for Defendant
						ANTONIO MORALES


Dated:  April 7, 2015			By:	/s/Virna Santos
						VIRNA SANTOS
						Attorney for Defendant
						RAMIRO LOZADA MEDEL


Dated:  April 7, 2015			By:	/s/Ernest Lutz
						ERNEST LUTZ
						Attorney for Defendant
						JESUS CUEVAS LOPEZ

1  IT IS SO ORDERED.

2

3     Dated:   **April 8, 2015**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE