MICHAEL D. GRAHN, ESQ.
Cal. State Bar No. 228316
LAW OFFICES OF MICHAEL D. GRAHN
8749 Holloway Drive
West Hollywood, CA 90069
Phone:  (323) 775-9806
Fax:      (323) 927-1646
Michael@GrahnLaw.com

Attorney for Defendant,
VICTOR FLORES FUENTES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:15-CR-00092-LJO-SAB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO RECALENDAR DEFENDANTS VICTOR FLORES FUENTES AND JESUS CUEVAS LOPEZ'S ARRAIGNMENTS ON THE INDICTMENT FROM APRIL 16, 2015 TO APRIL 17, 2015.** |
| **EFRAIN LOZADA ROSAS,** *et. al.*, | |
| Defendants. | |

### STIPULATION

IT IS HEREBY STIPULATED by Defendant VICTOR FLORES FUENTES, by and through his counsel of record, Michael D. Grahn, Esq., Defendant JESUS CUEVAS LOPEZ, by and through his counsel, Ernest Lutz, Esq., and Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, the United States Attorney for the Eastern District of California and Assistant United States Attorney Henry Z. Carbajal, III, that the Arraignment on the Indictment for Defendants Victor Flores Fuentes and Jesus Cuevas Lopez, currently calendared for April 16, 2015 at 1:30 p.m. before the Honorable Stanley A. Boone shall be taken off calendar, and the Arraignment on the Indictment for both Defendants shall be calendared on Friday, April 17, 2015 at 1:30 p.m. before the Honorable Stanley A. Boone.

Further, the Parties stipulate that the period of Thursday April 16, 2015 to Friday April 17, 2015, inclusive, is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.*, as the delay is necessary to preserve continuity of counsel for the Defendants.  The parties represent that they do not know, and have been unable to determine, where the two Defendants referenced herein are to be housed by the U.S. Marshall's Service.

The Parties make this Stipulation because the matter was placed on calendar for the first time on the afternoon of April 15, 2015, and Mr. Grahn and Mr. Lutz, counsel for the Defendants, are unavailable to appear in the Eastern District on April 16, 2015.

Dated:  April 15, 2015

                        Respectfully Submitted,

                        LAW OFFICES OF MICHAEL D. GRAHN

                        /s/ Michael D. Grahn                           .
                        MICHAEL D. GRAHN, ESQ.
                        Attorney for Defendant
                        VICTOR FLORES FUENTES

                        /s/ Ernest Lutz                                     .
                        ERNEST LUTZ, ESQ.
                        Attorney for Defendant
                        JESUS CUEVAS LOPEZ

                        /s/ Henry Z. Carbajal, III                  .
                        HENRY Z. CARBAJAL, III, ESQ.
                        Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Arraignment on the Indictment for Defendants Victor Flores Fuentes and Jesus Cuevas Lopez, currently set for April 16, 2015 at 1:30, shall be continued to Friday, April 17, 2015 at 1:30 p.m for Arraignment on the Indictment.

IT IS FURTHER ORDERED that the period of Thursday April 16, 2015 to Friday April 17, 2015, inclusive, is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.*, as the delay is necessary to preserve continuity of counsel for the Defendants.

IT IS SO ORDERED.

Dated:   **April 15, 2015**

UNITED STATES MAGISTRATE JUDGE