HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
EDGAR HIPATL RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR HIPATLRODRIGUEZ, EFRAIN LOZADA ROSAS, VICTOR FLORES FUENTES, CORNELIO ROJAS, MIGUEL ANGEL GOMEZ, ANTONIO MORALES, JESUS CUEVAS LOPEZ and ERIC IVANEZ.<br><br>Defendants. | Case No.  1:15-cr-00092-LJO-SKO<br><br>AMENDED STIPULATION AND ORDER TO EXTEND MOTION SCHEDULE AND CONTINUE STATUS CONFERENCE<br><br>DATE:  September 8, 2015<br>TIME:   1:00 p.m.<br>JUDGE:  Honorable Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the motion schedule – defendants' briefs and the government's response – now due June 22, 2015 and July 13, 2015, respectively, may be continued to August 3, 2015 and August 24, 2015, respectively.  By this stipulation, the parties also agree to move to continue the status conference previously set for August 3, 2015 until **September 8, 2015** before Judge Oberto, and to exclude time between the date of this stipulation and September 8, 2015 under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv).

Counsel for defendants desire additional time for preparation and investigation of this case.  Specifically, defense counsel needs additional time to conduct investigation into the filing of appropriate dispositive and/or non-dispositive motions.  The government anticipates that the

continuance will allow it to prepare and send plea offers to defendants that have requested such offers in advance of any filed motions. Thus, the requested continuance will conserve time and resources for the parties and the court.

Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to **September 8, 2015**, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED: June 23, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ *Henry Z. Carbajal III*
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: June 23, 2015

HEATHER E. WILLIAMS
Federal Defender

By: /s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
EDGAR HIPATL RODRIGUEZ

DATED: June 23, 2015      By: /s/ *Andrew Delahunt*
ANDREW DELAHUNT
Attorney for Defendant
EFRAIN LOZADA ROSAS

/ / /

DATED: June 23, 2015    By:   */s/ Michael Grahn*
                              MICHAEL GRAHN
                              Attorney for Defendant
                              VICTOR FLORES FUENTES

DATED: June 23, 2015    By:   */s/ Roger Bonakdar*
                              ROGER BONAKDAR
                              Attorney for Defendant
                              CORNELIO ROJAS

DATED: June 23, 2015    By:   */s/ Carol Ann Moses*
                              CAROL ANN MOSES
                              Attorney for Defendant
                              MIGUEL ANGEL GOMEZ

DATED: June 23, 2015    By:   */s/ Kevin Little*
                              KEVIN LITTLE
                              Attorney for Defendant
                              ANTONIO MORALES

DATED: June 23, 2015    By:   /s/ *Ernest Lutz*
                              ERNEST LUTZ
                              Attorney for Defendant
                              JESUS CUEVAS LOPEZ

DATED: June 23, 2015    By:   /s/ *Roger D. Wilson*
                              ROGER D. WILSON
                              Attorney for Defendant
                              ERIC IVANEZ

# O R D E R

Good cause appearing, IT IS SO FOUND AND ORDERED. The time period of the present date through September 8, 2015, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because it results from a continuance granted by the Court at defendant's request and the ends of justice served by the time exclusion outweigh the best interest of the public and the defendant in a speedy trial. IT IS SO ORDERED.

Dated:   **June 24, 2015**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE