MICHAEL D. GRAHN, ESQ.
Cal. State Bar No. 228316
LAW OFFICES OF MICHAEL D. GRAHN
8749 Holloway Drive
West Hollywood, CA 90069
Phone:  (323) 775-9806
Fax:      (323) 927-1646
Michael@GrahnLaw.com

Attorney for Defendant,
VICTOR FLORES FUENTES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**EFRAIN LOZADA ROSAS, *et. al.*,**<br><br>　　　　**Defendants.** | Case No.: 15-CR-92-LJO-SRO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING OF DEFENDANTS VICTOR FLORES FUENTES, JESUS CUEVAS LOPEZ AND EFRAIN LOZADA ROSAS** |

## STIPULATION

IT IS HEREBY STIPULATED by Defendant VICTOR FLORES FUENTES, by and through his counsel of record, Michael D. Grahn, Esq., Defendant JESUS CUEVAS LOPEZ, by and through his counsel of record, Ernest Lutz, Esq., Defendant EFRAIN LOZADA ROSAS, by and through his counsel of record, Andrew A. Delahunt, Esq., and Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, the United States Attorney for the Eastern District of California and Assistant United States Attorney Henry Z. Carbajal, III, that the sentencing for Defendants Victor Flores Fuentes, Jesus Cuevas Lopez, and Efrain Lozada Rosas, currently calendared for April 11, 2016 at 10:30 a.m. before the Honorable Lawrence J. O'Neill, shall be continued to May 2, 2016 at 10:30 a.m.

Further, the Parties stipulate that good cause exists for the continuance based on the factors for excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq*., as the delay is necessary in order to allow sufficient time for preparation of sentencing arguments for all three defendants.

Communication between counsel for all three defendants and their respective clients has been slower and more time consuming than is ordinary because the defendants are all housed in Bakersfield County Jail and counsel all work out of Los Angeles.  Further, the critical communication between all three counsel and the families of their respective clients has been slower and more difficult because all three counsel work out of Los Angeles and the families all reside in various areas of Northern California.  Additionally, communication with the families has been slowed due to language barriers and the need to schedule an interpreter for each communication and to translate the letters and documents provided by the families.

Finally, counsel for all three defendants have had heavier than usual calendars over the past several weeks. Examples of the unusually heavy calendars during the past several weeks are as follows.  Mr. Grahn was engaged in a two-day preliminary hearing, including five civilian and four law enforcement witnesses in Los Angeles Superior Court case number MA056045; travel to and from the Southern District of Indiana related to United States District Court case number 16-cr-0003-WTL-TAB-1; trial preparation and plea negotiations related to United States District Court case number 12-cr-964-DMG-14; and negotiation of pre-indictment plea agreement in United States District Court case number 16-cr-00100-SVW. Mr. Delahunt was engaged in a five-day preliminary hearing in Los Angeles Superior Court case No. LA080274-02, a multiple co-defendant case; a two day preliminary hearing in Los Angeles Superior Court case No. KA108766-05, a multiple co-defendant case; and, trial preparation in Los Angeles Superior

Court case No. BA433601, set for jury trial on March 29, 2016.  Mr. Lutz has been engaged in Los Angeles Superior Court case People v. Juventino, a murder case; record review and post-trial motions in Los Angeles Superior Court case People v. Alvarez, a murder case; and, trial in the Los Angeles Superior Court case People v. Altimo.

     For all the foregoing reasons the undersigned hereby stipulate to a continuance of the sentencing of defendants VICTOR FLORES FUENTES, JESUS CUEVAS LOPEZ, and EFRAIN LOZADA ROSAS, in order to allow sufficient time for counsel for all three defendants to prepare their respective sentencing arguments.

Dated:  March 25, 2016

        Respectfully Submitted,

        LAW OFFICES OF MICHAEL D. GRAHN

        /s/ Michael D. Grahn                           .
        MICHAEL D. GRAHN, ESQ.
        Attorney for Defendant
        VICTOR FLORES FUENTES

        /s/ Ernest Lutz                                      .
        ERNEST LUTZ, ESQ.
        Attorney for Defendant
        JESUS CUEVAS LOPEZ

        /s/ Andrew A. Delahunt                    .
        ANDREW A. DELAHUNT, ESQ.
        Attorney for Defendant
        EFRAIN LOZADA ROSAS

        /s/ Henry Z. Carbajal, III                    .
        HENRY Z. CARBAJAL, III
        Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, as set forth in the stipulation of the parties, IT IS HEREBY ORDERED that the Sentencing Hearing for Defendants VICTOR FLORES FUENTES, JESUS CUEVAS LOPEZ, and EFRAIN LOZADA ROSAS, currently calendared for April 11, 2016 at 10:30 a.m., shall be taken off calendar and the Sentencing shall be calendared for May 2, 2016 at 10:30 a.m.  The Court finds that the delay is necessary in order to allow sufficient time for preparation of sentencing arguments for all three defendants.

NO FURTHER CONTINUANCES.  THIS IS NOW A FIRM DATE.

IT IS SO ORDERED.

Dated:   **March 29, 2016**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE