PHILLIP A. TALBERT
Acting United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:15-CR-00092-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| EDGAR HIPATL RODRIGUEZ, ANTONIO MORALES, MIGUEL ANGEL GOMEZ REBOLLEDO, VICTOR FLORES FUENTES, JESUS CUEVAS LOPEZ, and EFRAIN LOZADA ROSAS, | |
| Defendants. | |

WHEREAS, on December 4, 2015, April 12, 2016, April 18, 2016, and April 27, 2016, the Court entered Preliminary Orders of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Edgar Hipatl Rodriguez, Antonio Morales, Miguel Angel Gomez Rebolledo, Victor Flores Fuentes, Jesus Cuevas Lopez, and Efrain Lozada Rosas in the following property:

Items seized on March 13, 2015, from 1319 Whitton Avenue, San Jose, California (all numbers are approximate):

    a. 74,998 counterfeit audio CDs,
    b. 53,780 counterfeit movie DVDs,
    c. Approximately $6,999.00 in U.S. Currency,
    d. Color copy CD/DVD case inserts,

APPLICATION FOR FINAL ORDER OF FORFEITURE     1

    e. Empty CD/DVD cases,
    f. Sylvania DVD Player, S/N: A1406114170005704,
    g. LG Cellular Phone, model LGMSSOO, S/N: 404CYAS586824,
    h. LG Cellular Phone, model LGMS323, S/N: 410CYYQ092698,
    i. Aquos Sharp Cellular Phone, model 306SH, FCC ID: APYHR000204,
    j. ZTE Cellular Phone, model N9130, S/N: N9130B01, and
    k. Metro PCS Cellular Phone, model ZTE Z730, S/N: 18327B42070D25.

Items seized on March 13, 2015, from 1668 McKee Road, Suite 7A, San Jose, California (all numbers are approximate):

    l. 6,274 counterfeit movie DVDs,
    m. Empty CD jewel cases and DVD cases,
    n. Color copy CD/DVD case inserts
    o. Bulk white paper,
    p. LG Cellular Phone, model LGMS500, S/N: 405CYTB728737,
    q. LG Cellular Phone, model LGMS500, S/N: 405CYTB687265,
    r. LG Cellular Phone, model MS323, IMEI: 014250000925235,
    s. Konica Minolta Bizhub photocopier, model C200, S/N: 622700919,
    t. Konica Minolta Bizhub photocopier, model C200, S/N: 62270130,
    u. Konica Minolta Bizhub photocopier, model C200, S/N: ADENOY0000650,
    v. 7 Disc duplicator tower, Plextor, no S/N,
    w. 12 Disc duplicator tower, S/N: 2136652857,
    x. 12 Disc Duplicator tower, Super Rite Master Duplicator, S/N: F07040050090,
    y. 10 Disc duplicator tower, Plextor, no S/N,
    z. 12 Disc duplicator tower, S/N: 522080632,
    aa. 12 Disc duplicator tower, LG, S/N: 891113822878,
    bb. Two (2) 12 Disc duplicator towers, Plextor, no S/N,
    cc. 12 Disc duplicator tower, S/N: 1002003001108,
    dd. 12 Disc duplicator tower, Pioneer drives, marked 2-27-15, no S/N,
    ee. Five (5) 12 Disc duplicator towers, Pioneer drives, no S/N,
    ff. 12 Disc duplicator tower, S/N: 10020030050,
    gg. 12 Disc duplicator tower, S/N: 10020090036,
    hh. 12 Disc duplicator tower, S/N: 10020090049,
    ii. HP Pavilion Desktop Computer, model A6530F, S/N: 3CR8231VWO,
    jj. HP Compaq Desktop Computer, model DC7600, S/N: 2UA5520FFD,
    kk. Generic Desktop Computer, Black and Yellow, no S/N,
    ll. Dell Laptop Computer, model D520, service tag DNCYCF-1,
    mm. Azza Desktop Computer, Black and Orange, no S/N,
    nn. Western Digital Passport External Hard Drive, S/N: WX21E54MD447,
    oo. Kingston Data Traveler Thumb Drive, 4GB, model G3,
    pp. 16 Thumb drives, and
    qq. Sonkik Data 4GB thumb drive.

Items seized from Cornelio Rojas in Atwater, California on March 16, 2016:

    rr. 934 counterfeit audio CDs,
    ss. 436 counterfeit movie DVDs
    tt. LG Cellular Phone, model LG-P659, S/N: 310CYJZ327140,
    uu. Toyota Camry, CA License 5UED122, VIN: 4T1BE46K37U504969, and
    vv. Chevy Van, CA License 6JGH817, VIN: 1GA261DG8A1102507.

AND WHEREAS, beginning on July 24, 2016, for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Edgar Hipatl Rodriguez, Antonio Morales, Miguel Angel Gomez Rebolledo, Victor Flores Fuentes, Jesus Cuevas Lopez and Efrain Lozada Rosas.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **September 29, 2016**              **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES CHIEF DISTRICT JUDGE

FINAL ORDER OF FORFEITURE                           3